**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Ali Sadrarhami, Esq. (SBN: 316141)
ali@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
*Ana Vlad*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VLAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORFOSE USA, INC.,<br><br>Defendant. | Case No.:  8:21-cv-00646-JLS (KESx)<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

**TO THE HONRABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have reached a settlement on an individual basis. Plaintiff Ana Vlad ("Plaintiff") respectfully requests that any pending deadlines be vacated in light of the parties' settlement. Plaintiff respectfully requests sixty (60) days to allow the parties to finalize and execute the settlement agreement and file a stipulation to dismiss the action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class. Each of the parties shall bear their own attorney's fees and costs. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: December 20, 2022             Respectfully submitted,

                                     **KAZEROUNI LAW GROUP, APC**


                                     s/ Mona Amini
                                     Mona Amini

                                     *Attorneys for Plaintiff Ana Vlad*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On December 20, 2022, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 20, 2022, in Costa Mesa, California.

                                            /s/ Mona Amini
                                            MONA AMINI