**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Ali Sadrarhami, Esq. (SBN: 316141)
ali@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Ana Vlad

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANA VLAD, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**MORFOSE USA, INC.,**<br><br>Defendant. | Case No.: 8:21-cv-00646-JLS (KESx)<br><br>**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**Assigned to: Hon. Josephine L. Staton** |

//
//
//
//
//
//
//

Plaintiff Ana Vlad ("Plaintiff") and Defendant Morfose USA, Inc. ("Defendant" or "Morfose") (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate to dismiss the above-captioned action with prejudice as to Plaintiff's individual claims only and without prejudice as to the claims of the putative class. Each of the Parties shall bear their own attorneys' fees and costs, and neither party will move for an award under F.R.C.P. Rule 54.

**IT IS SO STIPULATED.**

Dated: January 30, 2023           **KAZEROUNI LAW GROUP, APC**

/s/ Mona Amini
Abbas Kazerounian
Mona Amini
Ali Sadrarhami
*Attorneys for Plaintiff*
*Ana Vlad*

Dated: January 30, 2023           **BURGER MEYER LLP**

/s/ Erin Benler-Ward
Charles T. Meyer
Erin L. Benler-Ward
*Attorney for Defendant*
*Morfose USA, Inc.*

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained authorization to affix her electronic signature to this document.

Dated: January 30, 2023           **KAZEROUNI LAW GROUP, APC**

                                  s/ Mona Amini
                                  Mona Amini
                                  *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On January 30, 2023, I served the within document(s):

**STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a); and PROPOSED ORDER**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 30, 2023, in Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ