**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANA VLAD, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**MORFOSE USA, INC.,**<br><br>Defendant. | Case No.  8:21-cv-00646-JLS-KES<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS (Doc. 36)** |

The Court, having considered the parties' stipulation for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Doc. 36), and good cause appearing therefor, HEREBY ORDERS that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims only and without prejudice as to the claims of the putative class.  The parties shall each bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  February 3, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE